**Gaylan ETTER, Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 28777.

Court of Criminal Appeals of Texas.

Jan. 23, 1957.

Clay Coggins, Roby, for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

DICE, Commissioner.

The conviction is for the unlawful possession of intoxicating liquor for the purpose of sale in a dry area; the punishment, a fine of $300.

The information is fatally defective in that it does not conclude "Against the peace and dignity of the State," as required by Art. 414, Vernon's Ann. C.C.P. and Art. V, Sec. 12, of the Constitution of Texas, Vernon's Ann.St. See Reese v. State, 139 Tex.Cr.R. 593, 141 S.W.2d 949; and Herring v. State, 160 Tex.Cr.R. 597, 273 S.W. 2d 421.

The judgment is reversed and the cause remanded.

Opinion approved by the Court.